# CERTIFICATE OF SERVICE

I, <u>Lawrence E. Pecan</u> (name), certify that service of this summons and a copy of the complaint was made <u>May 10, 2013</u> (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | | |
|---|---|---|---|
| Steve Leykind<br>1755 E. Hallandale Beach Blvd #1901<br>Hallandale Beach, FL 33009 | Premier Mobile Health Solutions, Inc.<br>c/o Steve Leykind, Registered Agent<br>1755 E. Hallandale Beach Blvd #1901<br>Hallandale Beach, FL 33009 | Mobile Medical Management, LLC<br>c/o Steve Leykind, Registered Agent<br>250 S. Federal Hwy, Suite 101<br>Dania Beach, FL 33004 | Dale Gibson<br>1451 SW 75 Ter<br>Plantation, FL 33317 |

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>May 13, 2013</u>       Signature: <u>/s/ Lawrence E. Pecan</u>

| | |
|---|---|
| Print Name: | Lawrence E. Pecan |
| Address: | 197 S. Federal Hwy, Suite 300 |
| City: Boca Raton | State: FL    Zip: 33432 |