UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**Case Number:** 12-40748-JKO  **Adversary Number:** 13-01372-JKO

In re:

**Name of Debtor(s):** Signature Health Services Inc.

_____/

**Kenneth A. Welt**

Plaintiff(s),

VS.

**Steve Leykind, Mobile Medical Management LLC and Premier Mobile Health Solutions, Inc.**

Defendant(s)

_____/

## INITIAL DISCLOSURES

The Defendants, Steve Leykind, by and through their undersigned counsel, hereby serves his Initial Disclosures as follows:

**A.    WITNESSES**

1. Steve Leykind
   c/o Richard M. Bales Jr., Esq.
   Bales Sommers & Klein, P.A.
   One Biscayne Tower
   2 South Biscayne, Blvd., Ste.1881
   Miami, Florida 33131

2. Dale Gibson
   c/o Zach B. Shelomith, Esq.
   Leiderman Shelomith, P.A.
   2699 Stirling Road, Ste. C401
   Fort Lauderdale, Florida 33312

**BALES SOMMERS & KLEIN, P.A.**
ONE BISCAYNE TOWER ♦ 2 SOUTH BISCAYNE BOULEVARD ♦ SUITE 1881 ♦ MIAMI, FLORIDA 33131
TELEPHONE (305) 372-1200 ♦ FACSIMILE (305) 372-9008

3. Representative of First
   Coast Service Options, Inc.
   532 Riverside Avenue,
   Jacksonville, Florida 32202

**B.    EXHIBITS**

1. Bill of Sale (SL 00001) and cancelled check (SL 00002)

2. Documents evidencing the transfer of approximately $185,000 to the Debtor by or on behalf of Steve Leykind.

BALES SOMMERS & KLEIN, P.A.
2 S. Biscayne Boulevard, Suite 1881
Miami, Florida 33131
Telephone:    305-372-1200
Facsimile:    305-372-9008
E-mail:    rbalesjr@bsklawyers.com

By:   /s/Richard M. Bales, Jr.
       Richard M. Bales, Jr.
       FL Bar No. 247952

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of July, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Richard M. Bales, Jr.
Richard M. Bales

## SERVICE LIST

I HEREBY CERTIFY that a copy of the foregoing was served by e-mail and U.S. mail on this 22nd day of July, 2013 on the following:

Lawrence E. Pecan
MARSHALL GRANT, P.L.
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
lpecan@marshallgrant.com

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Rd Ste C401
Fort Lauderdale, Florida 33312
zshelomith@lslawfirm.net