UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 12-40748-BKC-JKO |
| SIGNATURE HEALTH SERVICES, INC, | Chapter 7 |
| Debtor. _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for the bankruptcy estate of Signature Health Services, Inc, | Adv. Case No. 13-01372-JKO |
| Plaintiff, vs. | |
| STEVE LEYKIND, PREMIER MOBILE HEALTH SOLUTIONS, INC, MOBILE MEDICAL MANAGEMENT, LLC and DALE GIBSON, | |
| Defendants. _____/ | |

### **DEFENDANT'S INITIAL PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

Defendant, Dale Gibson (the "Defendant"), by undersigned counsel, pursuant to this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial and Fed. R. Civ. P. 26(a)(1) and 26(a)(2), hereby provides his pretrial disclosures:

**A.    Names and addresses of witnesses (Fed. R. Civ. P. 26(a)(1)):**

1.    Steve Leykind, c/o Richard M. Bales, Jr., Esq., 2 S Biscayne Blvd # 1881, Miami, FL 33131.

2.    Dale Gibson, c/o Zach B. Shelomith, Esq., 2699 Stirling Rd # C401, Ft. Lauderdale, FL 33312.

3.    Representative of First Coast Service Options, Inc., 532 Riverside Ave, Jacksonville, FL 32202.

4.    Any and all witnesses listed on any other party's Initial Pretrial Disclosures of witnesses or expert witnesses.

5. Any and all witnesses identified by any other party in their responses to discovery or their deposition(s).

6. Any and all witnesses called by the opposing party (or any other party) at trial.

7. Any rebuttal and/or impeachment witnesses.

8. Any and all witnesses to authenticate documents.

9. The Defendant reserves the right to supplement and/or amend this list upon the discovery of additional information.

**B. List of documents (Fed. R. Civ. P. 26(a)(1)):**

1. The Debtor's schedules and statements filed in this case.

2. Bill of Sale and canceled checks.

3. Any and all documents evidencing the transfer of approximately $185,000.00 to the Debtor by or on behalf of Steve Leykind.

4. Any and all of the Debtor's books and records.

5. Any examination or deposition transcripts of testimony taken of the Debtor or any third party in this proceeding or in the main bankruptcy case.

6. Any and all documents and records identified by the Plaintiff, other parties or third parties in their responses to discovery.

7. Any and all documents listed on the opposing party's (or any party's) Initial Pretrial Disclosures.

8. Any and all documents that may be prepared by any expert witnesses.

9. Any and all rebuttal and/or impeachment documents.

10. The Defendant reserves the right to supplement and/or amend this list upon the discovery of additional information.

**C. Expert witnesses (Fed. R. Civ. P. 26(a)(2)):**

1. The Defendant has not retained any expert witnesses at the time of these disclosures, but may retain an insolvency or other expert during the course of this proceeding.

2. The Defendant reserves the right to supplement and/or amend this list upon the discovery of additional information.

Dated: July 22, 2013.

LEIDERMAN SHELOMITH, P.A.
Attorneys for Dale Gibson
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: _____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on July 22, 2013 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By: _____/s/_____
Zach B. Shelomith