UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SIGNATURE HEALTH                           Case No. 12-40748-JKO
SERVICES, INC,

                                             Chapter 7

      Debtor.
_____/

KENNETH WELT, as Chapter 7 Trustee
For the bankruptcy estate of SIGNATURE
HEALTH SERVICES, INC.,                    ADV. NO. 13-01372-JKO

     Plaintiff,

v.

STEVE LEYKIND,
PREMIER MOBILE HEALTH SOLUTIONS, INC,
MOBILE MEDICAL MANAGEMENT, LLC,
and
DALE GIBSON

     Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Kenneth Welt, dismisses his complaint filed herein without prejudice to refiling **only** if the Defendants default on the settlement agreement, as approved by the Court in the lead bankruptcy case, Case No. 12-40748-JKO, [ECF Nos. 53 & 60].

                                             Respectfully submitted,

                                             **MARSHALL SOCARRAS GRANT, P.L.**
                                             Attorneys for the Trustee
                                             197 South Federal Highway, Suite 300
                                             Boca Raton, Florida  33432
                                             Telephone No. 561.672.7580
                                             Facsimile No. 561.672.7581
                                             Email:  lpecan@msglaw.com


                           By:   /s/ Lawrence E. Pecan
                                  LAWRENCE E. PECAN
                                  Florida Bar No. 99086

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that today, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

### SERVED VIA CM/ECF NOTICE:

Joe M. Grant, Esq. on behalf of Plaintiff Kenneth A Welt
jgrant@msglaw.com,

Jason Klein on behalf of Defendant Mobile Medical Management LLC
rbalesjr@bsklawyers.com

Jason Klein on behalf of Defendant Premier Mobile Health Solutions
rbalesjr@bsklawyers.com

Jason Klein on behalf of Defendant Steve Leykind
rbalesjr@bsklawyers.com

Lawrence E Pecan on behalf of Plaintiff Kenneth A Welt
lpecan@marshallgrant.com,

Zach B Shelomith on behalf of Defendant Dale Gibson
zshelomith@lslawfirm.net,

Chad T Van Horn on behalf of Interested Party Sharon Atwood
Chad@cvhlawgroup.com